IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-02521-PAB-KLM

FREDERIC E. FATELL,

    Plaintiff,

v.

STEWART TITLE GUARANTEE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff's motion for reconsideration [Docket No. 11] of the Court's Minute Order [Docket No. 10] denying his Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [Docket No. 9]. Being fully advised of the premises, I find that plaintiff's excusable neglect justifies the requested extension of time. Therefore, it is

    **ORDERED** that plaintiff's motion for reconsideration [Docket No. 11] is GRANTED. Plaintiff's response to defendant's motion to dismiss shall be filed with the Court on or before **January 9, 2008**.

    Dated January 7, 2009.