IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-02521-PAB-KLM

FREDERIC E. FATELL,

    Plaintiff,

v.

STEWART TITLE GUARANTEE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Motion to Substitute Exhibit 1 [Docket No. 13]. It is

    **ORDERED** that defendant's motion is GRANTED. Exhibit 1 attached to the Motion to Substitute [Docket No. 13-2] shall be substituted for Exhibit 1 to defendant's Motion to Dismiss [Docket No. 3-2].

    Dated January 9, 2009.