IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02521-PAB-KLM

FREDERIC E. FATELL,

    Plaintiff,

v.

STEWARD TITLE GUARANTEE COMPANY,

    Defendant(s).

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 25; Filed August 17, 2009] (the "Motion"). Pursuant to the Motion, the parties seek a three-month extension of the pending case deadlines.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Modified Scheduling Order is **accepted** for filing and entered as an order of the Court as of today's date with the following modifications.

**(1)** The Settlement Conference set for October 29, 2009 at 1:30 p.m. is **vacated** and **RESET** to **January 27, 2010 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The conference shall be held pursuant to the procedures set forth in Docket No. 23. The parties' confidential settlements shall be submitted no later than **January 20, 2010**.

**(2)** The Final Pretrial Conference set for December 8, 2009 at 10:00 a.m. is **vacated** and **RESET** to **March 10, 2010 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado in Courtroom C-204, Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294. The conference shall be held pursuant to the procedures set forth in Docket No. 23. The parties' proposed pretrial order shall be submitted no later than **March 3, 2010**.

Dated: August 24, 2009